UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRET NEAL,<br><br>                    Plaintiff,<br><br>     v.<br><br>CARL COOLIDGE, JR and BEDA NORMAN,<br><br>                    Defendants. | NO:  CV-13-3054-RMP<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On June 17, 2013, the Court entered an order granting Plaintiff leave to amend his complaint within 60 days of the order, ECF No. 5.  Plaintiff has failed to amend the complaint; therefore, this case is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2).  The District Court Clerk is directed to enter this Order and provide copies to pro se Plaintiff, and **close** this case.

**DATED** this 22nd day of November, 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE ~ 1